UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

American Honda Finance Corporation, a California corporation,

Plaintiff,

v.

Luck Marine Inc, a Wisconsin corporation, William R. Nelson and Jan Lee Nelson,

Defendants.

Court File No. 01-67-DWF/AJB

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO CONDUCT DISCOVERY**

Plaintiff American Honda Finance, by and through its counsel Thomas R. Sheran, Moss & Barnett, P.A., 4800 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402, and Defendants Luck Marine, Inc., William R. Nelson and Jan Lee Nelson, by and through their counsel James A. Lodoen, Lindquist & Vennum P.L.L.P., 4200 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, hereby stipulate as follows:

1. The date for discovery to be completed in this matter is extended through August 31, 2001.

2. All other dates remain in effect as set forth in the Court's pretrial order dated April 18, 2001.

FILED JUL 10 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ____
DEPUTY CLERK'S INITIALS ____

The purpose of this Stipulation is to allow the parties to fully explore settlement and complete discovery in a timely fashion to prepare for trial.

Dated: July 6, 2001

MOSS & BARNETT, P.A.

By: ____________________

Thomas R. Sheran (#100213)
Attorneys for Plaintiffs
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 347-0300

Dated: July 9, 2001

LINDQUIST & VENNUM P.L.L.P.

By: ____________________

James A. Lodoen (#173605)
Attorneys for Defendants
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3200

IT IS SO ORDERED.

Dated: 7/10, 2001

BY THE COURT:

____________________

The Honorable Arthur J. Boylan
Magistrate Judge of U.S. District Court



Doc# 1412146\1