IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOR THE FOURTH DIVISION

AMERICAN HONDA FINANCE CORPORATION, a California corporation,

Plaintiff,

COURT FILE NO. 01-67 DWF/AJB

v.

LUCK MARINE INC, a Wisconsin corporation, WILLIAM F. NELSON and JAN LEE NELSON,

Defendants.

**STIPULATION OF DISMISSAL** AND ORDER

IT IS STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that plaintiffs' Complaint and all claims contained therein may be dismissed with prejudice and without costs to any party.

IT IS FURTHER STIPULATED that any party may forthwith and without notice to the other party apply to the Court for an order for dismissal in accordance herewith.

FILED SEP 0 4 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D SEP 0 4 2001
DEPUTY CLERK

Dated: Aug 29, 2001

MOSS & BARNETT
A Professional Association

By [signature]
Thomas R. Sheran
Atty. No. 100213
Attorneys for Plaintiffs
4800 Norwest Center
90 South Seventh Street
Minneapolis MN 55402-4129
Telephone: (612) 347-0300

Dated: Aug. 29, 2001

LINDQUIST & VENNUM

By [signature]
James Lodoen
Atty. No. 0173605
Attorneys for Defendants
4200 IDS Center
80 South Eighth Street
Minneaplis, MN 55402
Telephone: (612) 371-3211

**ORDER**

Upon the foregoing Stipulation,

IT IS HEREBY ORDERED that plaintiffs' Complaint and all claims contained therein are hereby dismissed with prejudice and without costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 9/4, 2001

Judge of United States District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500