# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

American Honda Finance Corporation

Plaintiff

v.

Luck Marine Inc., William F. Nelson and Jan Lee Nelson

Defendants

Case No. Civil 01-67 DWF/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiffs' complaint and all claims contained therein are hereby dismissed with prejudice and without costs to any party.

DATE: September 4, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk